Not Intended for Print Publication

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

|  |  |  |
|---|---|---|
| | ) | Case No. 2:05MC00018 |
| | ) | |
| **IN RE: BAHMAN PAYMAN** | ) | **OPINION** |
| | ) | |
| | ) | By: James P. Jones |
| | ) | Chief United States District Judge |
| | ) | |

*Bahman Payman, pro se.*

Bahman Payman has requested leave to file lawsuits against Khalouch Abdrabbo, Atique A. Mirza, and Roy Shelburne. Payman is prohibited from filing actions in any court against these persons by virtue of permanent injunctions entered by this court as sanctions in previous lawsuits. *See Payman v. Mirza*, Nos. 2:02CV00023, 2:02CV00035, 2005 U.S. Dist. LEXIS 14262, at *13-14 (W.D. Va. July 18, 2005) (Abdrabbo and Mirza); *Payman v. Lee County Cmty. Hosp.*, No. 2:04CV00017, 2005 U.S. Dist. LEXIS 5215, at *4-5, 22-23 (W.D. Va. Mar. 31, 2005) (Shelburne).[1]

---

[1] As to Mirza and Abdrabbo, Payman noted an appeal from the order granting the prefiling injunction, but he recently filed a motion with the court of appeals to dismiss that appeal. *Payman v. Mirza*, No. 05-1935 (4th Cir. Nov. 22, 2005).

The lawsuits that Payman wishes to file involve the same issue previously found to be without merit.  While Payman argues that he desires to use a new theory of recovery, it is in essence the same claim that Payman has been unsuccessfully asserting over the years, i.e, that he should not have been terminated from employment and staff privileges at Lee County Community Hospital in 2000.

For these reasons, an order will be entered denying leave to file the requested lawsuits.

DATED: November 26, 2005

 /s/ JAMES P. JONES
Chief United States District Judge

- 2 -